IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN FREEDOM DEFENSE INITIATIVE, et al., <br>       Plaintiffs, <br>       v. <br> SOUTHEASTERN PENNYSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA"), et al. <br>       Defendant. | CIVIL ACTION <br><br> No. 2:14-5335 |

## ORDER

**AND NOW**, this 25th day of November, 2014, upon consideration of Plaintiffs' "Motion to Exclude Expert Testimony" (doc. no. 23), Defendants' "Opposition to Plaintiffs' Motion to Exclude Testimony" (doc. no. 24), and "Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony" (doc. no. 25), and for the reasons set forth in the accompanying Memorandum Opinion, it is **ORDERED** that Plaintiffs' "Motion to Exclude Expert Testimony" (doc. no. 23) is **GRANTED,** and Dr. Jamal J. Elias' expert opinions are excluded from the preliminary injunction hearing.

A telephone scheduling conference will be held at **11:30 a.m., Tuesday, December 2, 2014**. Counsel for Defendants shall initiate the telephone conference with Plaintiffs' counsel prior to calling chambers.

                                                      **BY THE COURT:**

                                                      /s/ Mitchell S. goldberg
                                                      **MITCHELL S. GOLDBERG, J.**