# EXHIBIT A







TITAN000018

*copy receipt*
# Bricklayers Union -



| | |
|---|---|
| **TYPE OF POSTER:** | **Flex Busmark** |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | King |
| **DATE RECEIVED:** | 7/17/14 |
| **QUANTITY RECEIVED:** | **75** |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
2800 Black Lake Place
Philadelphia, PA 19154
Tel: 215-781-3104
Fax: 215-698-1281
titan360.com

## *copy receipt*
# CHOICE –



| | |
|---|---|
| **TYPE OF POSTER:** | **Paper** |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | 11x28 |
| **DATE RECEIVED:** | 1/24/14 |
| **QUANTITY RECEIVED:** | **264** |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
2800 Black Lake Place
Philadelphia, PA 19154
Tel: 215-781-3104
Fax: 215-698-1281
titan360.com

*copy receipt*
# PLANNED PARENTHOOD –



| | |
|---|---|
| **TYPE OF POSTER:** | **Flex Busmark** |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | King |
| **DATE RECEIVED:** | 1/15/14 |
| **QUANTITY RECEIVED:** | **35** |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
2800 Black Lake Place
Philadelphia, PA 19154
Tel: 215-781-3104
Fax: 215-698-1281
titan360.com

## *copy receipt*
# PLANNED PARENTHOOD –



| | |
|---|---|
| **TYPE OF POSTER:** | **Flex Busmark** |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | 2 sheet |
| **DATE RECEIVED:** | 1/15/14 |
| **QUANTITY RECEIVED:** | **26** |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
2800 Black Lake Place
Philadelphia, PA 19154
Tel: 215-781-3104
Fax: 215-698-1281
titan360.com

*copy receipt*
# TRAVELING ANIMALS PROTECTION SOCIETY –



| | |
|---|---|
| **TYPE OF POSTER:** | Flex Busmark |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | King |
| **DATE RECEIVED:** | 12/30/13 |
| **QUANTITY RECEIVED:** | 26 |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
2800 Black Lake Place
Philadelphia, PA 19154
Tel: 215-781-3104
Fax: 215-698-1281
titan360.com

# *copy receipt*
# MARCELLUS SHALE –



| | |
|---|---|
| **TYPE OF POSTER:** | **Paper** |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | Newsstand |
| **DATE RECEIVED:** | 11/29/12 |
| **QUANTITY RECEIVED:** | **8** |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
2800 Black Lake Place
Philadelphia, PA 19154
Tel: 215-781-3104
Fax: 215-698-1281
titan360.com