# *copy receipt*
# MARCELLUS SHALE –



| | |
|---|---|
| **TYPE OF POSTER:** | **Flex Busmark** |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | 2 Sheet |
| **DATE RECEIVED:** | 11/29/12 |
| **QUANTITY RECEIVED:** | **46** |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
2800 Black Lake Place
Philadelphia, PA 19154
Tel: 215-781-3104
Fax: 215-698-1281
titan360.com

TITAN000011

# *copy receipt*
# MARCELLUS SHALE –



**TYPE OF POSTER:**       **Flex Busmark**

**MARKET:**       Philadelphia

**SIZE OF MEDIA:**       2 Sheet

**DATE RECEIVED:**       11/1/12

**QUANTITY RECEIVED:**       **53**

**PRINTER:**       Titan

**PHOTOGRAPHED BY:**       Raymond Giuffrida

Titan
2800 Black Lake Place
Philadelphia, PA 19154
Tel: 215-781-3104
Fax: 215-698-1281
titan360.com

TITAN000010

## *copy receipt*
# MARCELLUS SHALE –



| | |
|---|---|
| **TYPE OF POSTER:** | **Paper** |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | Newsstand |
| **DATE RECEIVED:** | 11/1/12 |
| **QUANTITY RECEIVED:** | **9** |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
2800 Black Lake Place
Philadelphia, PA 19154
Tel: 215-781-3104
Fax: 215-698-1281
titan360.com

*copy receipt*
# THE HOPE CENTER –



| | |
|---|---|
| **TYPE OF POSTER:** | **Paper** |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | 11X28 |
| **DATE RECEIVED:** | 10/16/12 |
| **QUANTITY RECEIVED:** | **75** |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
2800 Black Lake Place
Philadelphia, PA 19154
Tel: 215-781-3104
Fax: 215-698-1281
titan360.com

*copy receipt*

# THE HOPE CENTER –



| | |
|---|---|
| **TYPE OF POSTER:** | **Flex Busmark** |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | King |
| **DATE RECEIVED:** | 10/16/12 |
| **QUANTITY RECEIVED:** | **18** |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
2800 Black Lake Place
Philadelphia, PA 19154
Tel: 215-781-3104
Fax: 215-698-1281
titan360.com

TITAN000007

*copy receipt*
# NEVER PLAY WITH FIRE –



| | |
|---|---|
| **TYPE OF POSTER:** | MetroMark |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | King |
| **DATE RECEIVED:** | 10/13/11 |
| **QUANTITY RECEIVED:** | **40** |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
951 River Road
Croydon, PA 19021
Tel: 215-781-3101
Fax: 215-781-6386
titan360.com



*copy receipt*
# NEVER PLAY WITH FIRE –



**TYPE OF POSTER:**          MetroMark

**MARKET:**                 Philadelphia

**SIZE OF MEDIA:**          High Impact Tail

**DATE RECEIVED:**          10/13/11

**QUANTITY RECEIVED:**      18

**PRINTER:**                Titan

**PHOTOGRAPHED BY:**        Raymond Giuffrida

Titan
951 River Road
Croydon, PA 19021
Tel: 215-781-3101
Fax: 215-781-6386
titan360.com



*copy receipt*

# NEVER PLAY WITH FIRE –



**TYPE OF POSTER:**　　　　MetroMark

**MARKET:**　　　　Philadelphia

**SIZE OF MEDIA:**　　　　2 Sheet

**DATE RECEIVED:**　　　　10/13/11

**QUANTITY RECEIVED:**　　　　4

**PRINTER:**　　　　Titan

**PHOTOGRAPHED BY:**　　　　Raymond Giuffrida

Titan
951 River Road
Croydon, PA 19021
Tel: 215-781-3101
Fax: 215-781-6386
titan360.com



TITAN000004

*copy receipt*

# UNITE HERE –



**TYPE OF POSTER:**     Paper

**MARKET:**     Philadelphia

**SIZE OF MEDIA:**     22x21

**DATE RECEIVED:**     10/4/11

**QUANTITY RECEIVED:**     70

**PRINTER:**     Titan

**PHOTOGRAPHED BY:**     Raymond Giuffrida

Titan
951 River Road
Croydon, PA 19021
Tel: 215-781-3101
Fax: 215-781-6386
titan360.com



*copy receipt*

# UNITE HERE –



**TYPE OF POSTER:**        MetroMark

**MARKET:**                Philadelphia

**SIZE OF MEDIA:**         2 Sheet

**DATE RECEIVED:**         10/4/11

**QUANTITY RECEIVED:**     11

**PRINTER:**               Titan

**PHOTOGRAPHED BY:**       Raymond Giuffrida

Titan
951 River Road
Croydon, PA 19021
Tel: 215-781-3101
Fax: 215-781-6386
titan360.com



# *copy receipt*

## BETHANY CHRISTIAN SERVICES –



| | |
|---|---|
| **TYPE OF POSTER:** | Paper |
| **MARKET:** | Philadelphia |
| **SIZE OF MEDIA:** | 11X28 |
| **DATE RECEIVED:** | 7/18/11 |
| **QUANTITY RECEIVED:** | 101 |
| **PRINTER:** | Titan |
| **PHOTOGRAPHED BY:** | Raymond Giuffrida |

Titan
951 River Road
Croydon, PA 19021
Tel: 215-781-3101
Fax: 215-781-6386
titan360.com







IF YOUR BOSS SAYS,
HEY SEXY
LOOKIN' GOOD TODAY
TO YOU AT WORK,
THAT'S A PROBLEM.

WHAT IF A STRANGER SAYS IT TO YOU ON THE STREET?

Catcalls, staring, whistling and following are street harassment.
It's time to start calling it what it is.

Don't just walk on. Hollaback.

@HOLLABACKPHILLY
#STREETHARASSMENT #EndSH


hollaback!

# IN A PERFECT WORLD, WHAT WOULD YOUR SISTER/DAUGHTER/GIRLFRIEND HEAR AS SHE WALKS TO THE SUBWAY?

HEY SEXY ———————————————— ☐

CAN I HAVE A SMILE? ————————— ☐

WHAT, YOU GAY? ——————————— ☐

GOOD MORNING! —————————— ☒

## TOO BAD WE DON'T LIVE IN A PERFECT WORLD.

Catcalls, staring, whistling and following are street harassment.
...calling it what it is.