IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN FREEDOM DEFENSE INITIATIVE ("AFDI"), et al.,** : **CIVIL ACTION** | |
| Plaintiffs, : | |
| : | |
| v. : No. 2:14-cv-5335 | |
| : | |
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ("SEPTA"), et al.,** : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 11th day of March, 2015, upon consideration of "Plaintiffs' Motion for Preliminary Injunction" (Doc. No. 11), "Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction" (Doc. No. 18), "Defendants' Post-Hearing Brief on Plaintiffs' Motion for Preliminary Injunction" (Doc. No. 36), "Plaintiffs' Post-Hearing Brief in Support of Motion for Preliminary Injunction" (Doc. No. 37), and in accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- "Plaintiffs' Motion for Preliminary Injunction" (Doc. No. 11) is **GRANTED.**

- Defendants are **ENJOINED** from restricting Plaintiffs' speech and are thus **ORDERED** to permit the display of Plaintiffs' advertisement on SEPTA's advertising space.

- The preliminary injunction shall not issue until Plaintiffs post a bond in the amount of $100.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**